## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Donna Kolodzieski,<br><br>                        Plaintiff,<br><br>    – against–<br><br><br>Capital One Bank (USA), National Association, Experian Information Solutions, Inc., TransUnion, LLC and Equifax Information Services, LLC,<br><br>                        Defendant(s). | Civil Action No. 17-1702 |

## NOTICE OF SETTLEMENT

PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Capital One Bank (USA), National Association.  Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

                                          Respectfully submitted,

                                          *s/ Antranig N. Garibian*
                                          Antranig N. Garibian
                                          Garibian Law Offices, P.C.
                                          1010 Bancroft Parkway, Suite 22
                                          Wilmington, DE 19805
                                          Telephone:  215-326-9179
                                          Email: ag@garibianlaw.com
                                          *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Capital One Bank (USA), National Association, has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

Respectfully submitted,

*s/ Antranig N. Garibian*____
Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone: 215-326-9179
Email: ag@garibianlaw.com
*Counsel for Plaintiff*