## UNITED STATES DISTRICT COURT
## DISTRICT OF DELAWARE

| | |
|---|---|
| Donna Kolodzieski,<br><br>                              Plaintiff,<br><br>              − against−<br><br><br>Capital One Bank (USA), National Association, Experian Information Solutions, Inc., TransUnion, LLC and Equifax Information Services, LLC,<br><br>                              Defendant(s). | Civil Action No. 17-1702<br><br><br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Donna Kolodzieski respectfully submits this Notice of Settlement to inform the

Court as follows:

1. Plaintiff and Defendant Trans Union, LLC ("Trans Union") have reached an

    agreement in principle and are in the process of finalizing a confidential settlement

    agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement

    agreement have been completed.

3. Accordingly, Trans Union requests excusal from any upcoming filing or appearances

    requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: March 21, 2018


                              Respectfully Submitted,

**GARIBIAN LAW OFFICES, P.C.**

/s/ Antranig Garibian
Antranig Garibian, Esquire (Bar No. 4962)
1010 N. Bancroft Parkway, Suite 22
Wilmington, DE 19805
(302) 722-6885
ag@garibianlaw.com
*Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant Trans Union has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

Respectfully submitted,

*s/ Antranig N. Garibian*____
Antranig Garibian, Esq. (Bar No. 4962)
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone:  302-722-6885
Email: ag@garibianlaw.com
*Counsel for Plaintiff*