# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| Donna Kolodzieski, | ) |
|       Plaintiff, | ) ) ) |
| v. | ) ) C.A. No. 17-1702-MWB |
| Capital One Bank (USA), National Association, Experian Information Solutions, Inc., Trans Union LLC and Equifax Information Services LLC, | ) ) ) ) ) ) ) |
|       Defendants. | ) ) |

## STIPULATION AND ORDER TO EXTEND TIME

**IT IS HEREBY STIPULATED AND AGREED**, by the parties hereto, through their undersigned counsel and subject to the approval of the Court, that the time for Defendant Experian Information Solutions, Inc. to move, answer, or otherwise respond to the Complaint is hereby extended through and including April 26, 2018.  The reason for the request is to allow Defendant time to evaluate the allegations in the Complaint.

| | |
|---|---|
| */s/ Antranig Garibian* | */s/ Travis S. Hunter* |
| Antranig Garibian (#4962) | Travis S. Hunter (#5350) |
| Garibian Law Offices, P.C. | RICHARDS, LAYTON & FINGER, P.A. |
| 1010 N. Bancroft Parkway, Suite 22 | One Rodney Square |
| Wilmington, DE  19805 | 920 N. King Street |
| 302-722-6885 | Wilmington, DE  19801 |
| ag@garibianlaw.com | 302-651-7700 |
| | hunter@rlf.com |
| *Attorney for Plaintiff* | *Attorney for Defendant Experian Information Solutions, Inc.* |

SO ORDERED this  22nd  day of March, 2018.

                                                    *s/ Matthew W. Brann*
                                                    United States District Court Judge