# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Donna Kolodzieski,<br><br>                      Plaintiff,<br><br>   – against–<br><br><br>Capital One Bank (USA), National Association, Experian Information Solutions, Inc., TransUnion, LLC and Equifax Information Services, LLC,<br><br>                      Defendant(s). | Civil Action No. 17-1702 |

## NOTICE OF SETTLEMENT

      PLEASE TAKE NOTICE that all matters herein have been compromised and settled as between Plaintiff and Defendant, Equifax Information Services, LLC.  Plaintiff intends on filing a Stipulation of Dismissal with Prejudice and Proposed Order once the settlement is consummated.

                                      Respectfully submitted,

                                      *s/ Antranig N. Garibian*
                                      Antranig N. Garibian
                                      Garibian Law Offices, P.C.
                                      1010 Bancroft Parkway, Suite 22
                                      Wilmington, DE 19805
                                      Telephone:  215-326-9179
                                      Email: ag@garibianlaw.com
                                      *Counsel for Plaintiff*

## CERTIFICATE OF SERVICE

I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant, Equifax Information Services, LLC, has been filed electronically.  Notice of this filing will be sent to all parties by operation of the Court's electronic filing system.  Parties may access this filing through the Court's electronic filing.

Respectfully submitted,

*s/ Antranig N. Garibian*
Antranig N. Garibian
Garibian Law Offices, P.C.
1010 Bancroft Parkway, Suite 22
Wilmington, DE 19805
Telephone:  215-326-9179
Email: ag@garibianlaw.com
*Counsel for Plaintiff*