# UNITED STATES DISTRICT COURT
# DISTRICT OF DELAWARE

| | |
|---|---|
| Donna Kolodzieski,<br><br>　　　　　　　　Plaintiff,<br><br>　　– against–<br><br><br>Capital One Bank (USA), National Association, Experian Information Solutions, Inc., TransUnion, LLC and Equifax Information Services, LLC,<br><br>　　　　　　　　Defendant(s). | Civil Action No. 17-1702<br><br><br><br>**NOTICE OF SETTLEMENT** |

　　Plaintiff Donna Kolodzieski respectfully submits this Notice of Settlement to inform the Court as follows:

1. Plaintiff and Defendant Experian Information Solutions, Inc. ("Experian") have reached an agreement in principle and are in the process of finalizing a confidential settlement agreement.

2. Plaintiff will file a Stipulation of Dismissal once the terms of the settlement agreement have been completed.

3. Accordingly, Experian requests excusal from any upcoming filing or appearances requirements.

4. This notice of settlement has no effect on any other Defendant in this action.

Dated: April 28, 2018

        Respectfully Submitted,

        **GARIBIAN LAW OFFICES, P.C.**

        /s/ Antranig Garibian
        Antranig Garibian, Esquire (Bar No. 4962)
        1010 N. Bancroft Parkway, Suite 22
        Wilmington, DE 19805
        (302) 722-6885
        ag@garibianlaw.com
        *Counsel for Plaintiff*

## **CERTIFICATE OF SERVICE**

      I, Antranig Garibian, Esq., hereby certify that a copy of the Notice of Settlement between Plaintiff and Defendant Experian has been filed electronically. Notice of this filing will be sent to all parties by operation of the Court's electronic filing system. Parties may access this filing through the Court's electronic filing.

      Respectfully submitted,

      *s/ Antranig N. Garibian*____
      Antranig Garibian, Esq. (Bar No. 4962)
      Garibian Law Offices, P.C.
      1010 Bancroft Parkway, Suite 22
      Wilmington, DE 19805
      Telephone: 302-722-6885
      Email: ag@garibianlaw.com
      *Counsel for Plaintiff*