IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

DONNA KOLODZIESKI,   CASE NO. 1:17-cv-01702-MWB

    Plaintiff,

vs.

CAPITAL ONE BANK (USA), NATIONAL ASSOCIATION; EXPERIAN INFORMATION SOLUTIONS, INC.; TRANSUNION, LLC; and EQUIFAX INFORMATION SERVICES, LLC

    Defendants.

### ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT TRANS UNION, LLC ONLY

Plaintiff Donna Kolodzieski, by counsel, and Defendant Trans Union, LLC, by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff And Defendant Trans Union, LLC, AND THE COURT, having been duly advised, NOW FINDS that the same should be granted.

IT IS, THEREFORE, ORDERED that all claims of Plaintiff Donna Kolodzieski against Defendant Trans Union, LLC are dismissed, with prejudice.  Plaintiff Donna Kolodzieski and Defendant Trans Union, LLC shall each bear their own costs and attorneys' fees.

Date: May 2, 2018

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge