## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF DELAWARE

DONNA KOLODZIESKI,                :
                                  :     C.A. No.: 1:17-CV-1702-MWB
                  Plaintiff,      :
                                  :
          v.                      :
                                  :
CAPITAL ONE BANK (USA),           :
NATIONAL ASSOCIATION,             :
EXPERIAN INFORMATION              :
SOLUTIONS, and EQUIFAX            :
INFORMATION SERVICES, LLC,        :
                                  :
                  Defendants.     :

## ORDER

**AND NOW**, this 4th day of May 2018, the Plaintiff having filed a notice of dismissal, ECF No. 23, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Defendant Capital One Bank (USA), National Association *only*. This dismissal has no effect on any other Defendant.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge