# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

DONNA KOLODZIESKI,  CASE NO. 1:17-cv-01702-MWB

    Plaintiff,

vs.

EXPERIAN INFORMATION SOLUTIONS, INC.; and EQUIFAX INFORMATION SERVICES, LLC

    Defendants.

## ORDER OF DISMISSAL WITH PREJUDICE AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY

    Plaintiff Donna Kolodzieski, by counsel, and Defendant Experian Information Solutions, Inc., by counsel, having filed their Stipulation Of Dismissal With Prejudice Between Plaintiff and Defendant Experian Information Solutions, Inc., AND THE COURT, having been duly advised, NOW FINDS the same should be granted.

    IT IS, THEREFORE, ORDERED that all claims of Plaintiff Donna Kolodzieski against Defendant Experian Information Solutions, Inc. are dismissed, with prejudice. Plaintiff Donna Kolodzieski and Defendant Experian Information Solutions, Inc. shall each bear their own costs and attorneys' fees.

Date: May 22, 2018

*s/ Matthew W. Brann*
JUDGE, United States District Court