# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| DONNA KOLODZIESKI, | : |
| | :    C.A. No.: 1:17-CV-1702-MWB |
|     Plaintiff, | : |
| | : |
| v. | : |
| | : |
| EQUIFAX INFORMATION SERVICES, LLC, | : |
| | : |
|     Defendant. | : |

## **ORDER**

**AND NOW**, this 18th day of September 2018, the Plaintiff having filed a notice of dismissal, ECF No. 24, **IT IS HEREBY ORDERED** that this action is dismissed with prejudice as to Defendant Equifax Information Services, LLC.

BY THE COURT:

*s/ Matthew W. Brann*
Matthew W. Brann
United States District Judge